UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

IN THE MATTER OF:

THE COMPLAINT OF DREW
UNDERWOOD, AS OWNER OF THE
2007 21' CLEARWATER BAY STAR 2100
(hull identification number
MUS21719J607), ITS ENGINES,
TACKLE, APPURTENANCES,
EQUIPMENT, ETC., IN A CAUSE OF
EXONERATION FROM OR LIMITATION
OF LIABILITY

Case No.:   2:16-cv-417-FtM-38CM

       Petitioner,
_____/

**<u>ORDER</u>**[1]

This matter comes before the Court on Petitioner's Response in Opposition to Respondent's Motion for Partial Summary Judgment (Doc. 38) filed on September 25, 2017. Because Petitioner failed to follow the Court's procedures, the Response shall be stricken. Each response in opposition to a motion for summary judgment must include a section titled "Response to Statement of Material Facts" that "mirror[s] the statement of material facts [found in the motion for summary judgment] by admitting and/or denying

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

each of the moving party's assertions in matching numbered paragraphs." *See* Court Procedures.[2]  Petitioner's Response does not follow this directive.

Accordingly, it is now

**ORDERED:**

Petitioner's Response in Opposition to Respondent's Motion for Partial Summary Judgment (Doc. 38) is **stricken from the record.**  Petitioner may file an amended response in opposition that complies with the Court's procedures on or before **October 19, 2017**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of October, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[2]  The Court's procedures can be found on its website. *See* http://www.flmd.uscourts.gov/judicialinfo/ftmyers/JgChappell.htm